# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASMINE HAYNES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-14-1194-M |
| CAROLYN W. COLVIN, Acting Commissioners of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

On November 24, 2015, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's application for Supplemental Security Income benefits under the Social Security Act. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be reversed and remanded. The parties were advised of their right to object to the Report and Recommendation by December 8, 2015. On December 8, 2015, the Acting Commissioner filed an objection, and on December 15, 2015, plaintiff filed a reply in opposition to the Acting Commissioner's objection.

The Court has carefully reviewed the court file in this matter de novo. The Court concurs with the Magistrate Judge's conclusions that the Administrative Law Judge ("ALJ") erred in failing to consider Dr. Coleman's medical records as a whole and that the ALJ erred in his credibility findings as to both plaintiff's testimony and plaintiff's mother's testimony.

Accordingly, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 23] issued by the Magistrate Judge on November 24, 2015;

(2) REVERSES the decision of the Acting Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4) ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 5th day of January, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE